# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| RUBY DAVIS, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 3:16-CV-01218-D |
| V. § | |
| § | |
| ALLSTATE TEXAS LLOYDS AND § | |
| MICHAEL WRIGHT, § | |
| § | |
| Defendants. § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Ruby Davis and Defendants Allstate Texas Lloyds and Michael Wright hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

THE POTTS LAW FIRM, LLP

*/s/ Andrew A. Woellner (*w/permission)
Matthew J. Worrall
State Bar No.: 24070883
William H. Barfield
State Bar No.: 24031725
Andrew A. Woellner
State Bar No.: 24060860
100 Waugh Drive, Suite 350
Houston, Texas 77007
Telephone (713) 963-8881
Facsimile (713) 574-2938
Emails: mworrall@potts-law.com
wbarfield@potts-law.com
awoellner@potts-law.com

**ATTORNEYS FOR PLAINTIFF**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ Eric K. Bowers*
Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 22nd day of August, 2016.

*/s/Andrew A. Woellner* (w/permission)
Andrew A. Woellner